

Entered on Docket
April 06, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

Kristin A. Schuler-Hintz, Esq., SBN 7171
Christopher Hunter, Esq. SBN 8127
Sherry A. Moore, Esq., SBN 11215
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for: Secured Creditor, J.P. Morgan Mortgage Acquisition Corp., its assignees and/or successors and the servicing agent Select Portfolio Servicing, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 10-22920-lbr |
| | ) |
| Daniel J Bradford, | ) Chapter 11 |
| | ) |
| Debtor. | ) DATE: 03/30/11 |
| | ) TIME: 02:00 pm |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| | ) |

    The Motion for Relief From Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court. Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

*Rev. 12.09*                                                            M&H File No. NV-10-32262
                                                                                             10-22920-lbr

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 913 Nevada Sky Street, Las Vegas, NV 89128-2123.

Secured Creditor will provide not less than 7 days notice of the date, time, and location of the currently scheduled foreclosure sale to the debtors or as otherwise provided by Nevada law.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

*/s/Sherry A. Moore*
Sherry A. Moore, Esq.
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
702-685-0329

Approved/Disapproved

*Emailed 03/31/11-no response received*
Terry V. Leavitt, Esq.
601 S. 6th Street
Las Vegas, NV 89101
(702) 385-7444

*Rev. 12.09*                                M&H File No. NV-10-32262
                                                      10-22920-lbr

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: Terry V. Leavitt - Emailed 03/31/11-no response received

Unrepresented parties appearing: None

Trustee: No Appearance at Hearing; No additional Service required.

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by:
McCarthy & Holthus, LLP

/s/ Sherry A. Moore
Sherry A. Moore, Esq.

###

*Rev. 12.09*    M&H File No. NV-10-32262
10-22920-lbr